# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Jr., John G. | Supreme Court of the U.S. | 05/14/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Justice | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| One First Street, NE<br>Washington, DC 20543 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 11: 40 FINANCIAL DISCLOSURE OFFICE

Roberts Jr_John_G

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/30-5/2 | University of Kansas School of Business and School of Law, Lawrence, Kansas -- judged Moot Court Finals; delivered the Vickers Memorial Lecture; | $10,000.00 |
| 2. | taught School of Business Class and Constitutional Law Class | |
| 3. 7/7-14 | St. Mary's University School of Law's Institute on World Legal Problems, Innsbruck, Austria -- taught course on the Supreme Court | $15,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Major, Lindsey & Africa LLC salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Pepperdine University School of Law | 2/1-4 | Malibu, California | Judged the Vincent | Air transportation, meals, and lodging |
| 2. | | | Dalsimer Moot Court | |
| 3. | | | Finals | |
| 4. Columbia University School of Law | 4/17 | New York, New York | Judged Moot Court Finals | Air transportation |
| 5. University of Kansas School of Business and School of Law | 4/30-5/2 | Lawrence, Kansas | Judged Moot Court | Air transportation, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2009 |

| | | | | |
|---|---|---|---|---|
| 6. | | | Finals; delivered the | |
| 7. | | | Vickers Memorial | |
| 8. | | | Lecture; taught | |
| 9. | | | School of Business | |
| 10. | | | Class and Constitutional | |
| 11. | | | Law Class | |
| 12 St. Mary's University School of Law | 7/7-14 | Innsbruck, Austria | Taught course on the | Air transportation, meals, and lodging |
| 13. | | | Supreme Court | |
| 14 University of Florida School of Law | 9/4-7 | Gainesville, Florida | Judged Moot Court | Air transportation, meals, and lodging |
| 15. | | | Finals; visited two | |
| 16. | | | classes at the | |
| 17. | | | School of Law for | |
| 18. | | | discussions with students | |
| 19 University of Notre Dame, The Law School | 9/11-13 | South Bend, Indiana | "Conversation with the | Air transportation, meals, and lodging |
| 20. | | | Chief Justice" | |
| 21. | | | presentation to law | |
| 22. | | | school community; | |
| 23. | | | visited Administrative | |
| 24. | | | Law class for discussions | |
| 25. | | | with students | |
| 26 Drake University | 10/1-3 | Des Moines, Iowa | Delivered the Opperman | Air transportation, meals, and lodging |
| 27. | | | Lecture; met with U.S. | |
| 28. | | | District Judges | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Robert Trent Jones Golf Club, Gainesville, Virginia | Honorary Membership (Annual Dues) (Membership not used in any way) (See Part VIII) | $12,600.00 |
| 2. University Club of Washington, DC | Honorary Membership (Annual Dues) (Membership not used in any way) (See Part VIII) | $3,240.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner (Common) | C | Dividend | M | T | | | | | |
| 2. Dell (Common) | | None | L | T | | | | | |
| 3. Freddie Mac (Common) | A | Dividend | J | T | | | | | |
| 4. Hewlett-Packard (Common) | A | Dividend | K | T | | | | | |
| 5. Hillenbrand (Common) (See Part VIII) | A | Dividend | J | T | | | | | |
| 6. Hill-Rom Holdings, Inc. (See Part VIII) | A | Dividend | J | T | | | | | |
| 7. Intel (Common) | B | Dividend | K | T | | | | | |
| 8. AlcatelLucent (Common) (Y) | | | | | | | | | |
| 9. Microsoft (Common) | C | Dividend | M | T | | | | | |
| 10. Nokia (Common) | B | Dividend | K | T | | | | | |
| 11. Novellus (Common) | | None | J | T | | | | | |
| 12. Pfizer (Common) | A | Dividend | J | T | | | | | |
| 13. Texas Instruments (Common) | B | Dividend | L | T | | | | | |
| 14. TMO (Common) | | None | K | T | | | | | |
| 15. XMSR (Common) (See Part VIII) (now Sirius XM) | | None | J | T | | | | | |
| 16. Washington REIT | B | Dividend | K | T | | | | | |
| 17. Am Cent Gr Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Davis Ser Real Est Fund | A | Dividend | K | T | | | | | |
| 19. Fidelity Contrafund Fund | A | Dividend | K | T | | | | | |
| 20. NB Kaminsky II | | None | J | T | | | | | |
| 21. Fidelity Low Priced Stock Fund | A | Dividend | M | T | Sold (part) | 09/25 | L | D | |
| 22. Spartan U.S. Equity Index | C | Dividend | M | T | | | | | |
| 23. Fidelity Growth Company | A | Dividend | K | T | | | | | |
| 24. Fidelity Overseas Fund | B | Dividend | L | T | | | | | |
| 25. Fidelity Select Energy Fund | A | Dividend | K | | | | | | |
| 26. Fidelity Managed Income Portfolio (no control) | A | Dividend | L | T | Buy | 09/25 | K | | |
| 27. Fidelity Retirement Money Market | A | Dividend | L | T | Buy | 09/25 | K | | |
| 28. Franklin Mut Beac Z Fund | A | Dividend | J | T | | | | | |
| 29. Franklin Mut Disc Z Fund | A | Dividend | J | T | | | | | |
| 30. Janus Ent Fund | | None | K | T | | | | | |
| 31. Janus Fund | A | Dividend | J | T | | | | | |
| 32. Janus WW Fund | A | Dividend | K | T | | | | | |
| 33. Blackrock Int'l | B | Dividend | K | T | | | | | |
| 34. Lord Abbett Dev Gr Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Putnam New Opp Fund | | None | J | T | | | | | |
| 36. Putnam Voyager Fund | | None | J | T | | | | | |
| 37. Seligman Common A Fund | | None | J | T | | | | | |
| 38. Torray Fund | B | Dividend | L | T | | | | | |
| 39. TR Price Euro Stock Fund | A | Dividend | J | T | | | | | |
| 40. TR Price SCi & Tech Fund | | None | J | T | | | | | |
| 41. Vanguard Int'l Gr Fund | C | Dividend | L | T | | | | | |
| 42. Vanguard Sm Cap Index Fund | B | Dividend | L | T | | | | | |
| 43. Ing Em Countries A Fund | B | Dividend | J | T | | | | | |
| 44. MTB Money Mkt account | A | Dividend | L | T | | | | | |
| 45. CMA Money Fund | B | Dividend | L | T | | | | | |
| 46. C. Schwab Money Mkt Fund | A | Interest | J | T | | | | | |
| 47. C. Schwab Muni M. Fund | A | Dividend | K | T | | | | | |
| 48. Wachovia account | A | Interest | J | T | | | | | |
| 49. Chevy Chase Bank accounts | A | Interest | J | T | | | | | |
| 50. 1/8 interest in Cottage, Knocklong, Limerick, Ireland | A | Rent | J | W | | | | | |
| 51. TR Price Prime Res Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock S&P | C | Dividend | M | T | | | | | |
| 53. Midcap SPDR Tr Series 1 | A | Dividend | L | T | | | | | |
| 54. Allied Capital (Common) | A | Dividend | J | T | | | | | |
| 55. Utah Educ. Svgs Plans (no control) (See Part VIII) | C | Dividend | M | T | | | | | |
| 56. Pillsbury Winthrop Ret. Plan Fid.Mgd.Inc.Part II (bond fund) | A | Dividend | K | T | | | | | |
| 57. Allegis Group Ret. Plan (no control) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V, Line 1. Membership accepted prior to October 13, 2008. Resigned December 30, 2008.

Part V, Line 2. Membership accepted prior to October 13, 2008. Resigned December 30, 2008.

Part VII, Line 6. Hill-Rom Holdings, Inc. was spun off from Hillenbrand on March 31, 2008.

Part VII, Line 8: Income and value of AlcatelLucent (Common) are now below the qualifying requirements and thus are not reported.

Part VII, Line 15. SIRIUS Satellite Radio and XM Satellite Radio merged on July 29, 2008.

Part VII, Line 55. Utah Educational Savings Plan (formerly lines 58 through 62) information is now reflected on Line 55 in accordance with the "no control" instructions for 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544